PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Tariq Johnson**                                                                 Docket No. 07-381

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Tariq Johnson**, who was placed under pretrial release supervision by the **Honorable Madeline Cox Arleo, United States Magistrate Judge,** sitting in the Court at 50 Walnut Street, Newark, New Jersey, on September 29, 2006, under the following conditions:

1. Pretrial Services Supervision.
2. Defendant's mother, Kim Allen, to serve as Third Party Custodian.
3. Defendant is to maintain residence at 46 Norman Road, Newark, New Jersey.
4. 24 hour house arrest with electronic monitoring with exceptions for pre-approved visits to his attorney or doctor or for court appearances related to this case, medical emergencies, job interviews and approved employment
5. Travel Restricted to New Jersey.
6. Drug testing and treatment as deemed appropriate by Pretrial Services.

On May 8, 2007, the defendant entered a guilty plea before Your Honor. His sentencing is scheduled for October 9, 2007.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing.**

ORDER OF COURT

Considered and ordered this 30th day of May 2007 and ordered filed and made a part of the records in the above case.

_____
Honorable Dickinson R. Debevoise
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/29/2007

_____
Roberto Cordeiro
U.S. Pretrial Services Officer